UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04153-SVW-DFM | Date: | August 3, 2026 |
| Title | Lakhwinder Lakhwinder v. Warden/Administrator Desert View Facility | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner: | Attorney(s) for Respondents: |
| N/A | Not Present |
| **Proceedings:** | **(IN CHAMBERS) ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

Petitioner Lakhwinder Lakhwinder, an immigration detainee proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). Petitioner challenges, inter alia, his classification as an "applicant for admission" under 8 U.S.C. § 1225(b)(2)(A). See id. at 2, 9-10. Respondents filed a Return. See Dkt. 9 ("Answer"). Petitioner's reply deadline remains pending. See Dkt. 5.

In their Answer, Respondents argue that: (i) the Petition is a successive petition that should be dismissed, at least in part, as an abuse of the writ considering Petitioner's prior habeas petition (Case No. 5:26-cv-00906-SVW-DFM); and (ii) Petitioner's claims are barred by collateral estoppel. See Answer at 2-3.

On July 30, 2026, the Ninth Circuit decided Rodriguez Vazquez v. Bostock, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026), which neither party had an opportunity to address in Petitioner's prior habeas case.

IT IS ORDERED that within seven (7) days of the date of this Order, Respondents shall file a supplemental brief, not to exceed five (5) pages in length absent leave of Court, addressing the provision that authorizes Petitioner's present detention and the application, if any, of Rodriguez Vazquez.