**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

LAKHWINDER LAKHWINDER,

Petitioner,

v.

WARDEN/ADMINISTRATOR DESERT VIEW FACILITY et al.,

Respondents.

Case No. 5:26-cv-04153-SVW-DFM

Order Accepting Report and Recommendation of United States Magistrate Judge

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of the objections that were filed.

The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

Date: November 19, 2026

STEPHEN V. WILSON
United States District Judge